**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Valentin MOSCOSO, Defendant—
Appellant.**

**No. 05–10096.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 21, 2006.*

Decided Aug. 25, 2006.

Patrick J. Walsh, Esq., Office of the
U.S. Attorney, Las Vegas, NV, for Plain-
tiff–Appellee.

Todd Leventhal, Esq., Las Vegas, NV,
for Defendant–Appellant.

Before: GOODWIN, REINHARDT, and
BEA, Circuit Judges.

MEMORANDUM**

Valentin Moscoso appeals from the con-
viction and 108–month sentence imposed
following a guilty-plea conviction for pos-
session with intent to distribute metham-
phetamine, in violation of 21 U.S.C.
§ 841(a)(1), (b)(1)(A)(viii). We dismiss in
light of the valid appeal waiver.

The record does not support Moscoso's
claim that he did not understand the terms
of the plea agreement and thus did not
knowingly and voluntarily plead guilty.
The district court, through the court inter-
preter, conducted a thorough Rule 11 col-
loquy, during which Moscoso stated he
understood the translation of the indict-
ment and the plea agreement, including
the factual admissions, and understood the
waiver of all appeal rights except for from
any upward departures imposed by the
district court. Accordingly, we dismiss
this appeal. *See United States v. Jeroni-
mo,* 398 F.3d 1149, 1157 (9th Cir.2005)
(holding colloquy that satisfied Fed.
R.Crim.P. 11 showed plea was not un-

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
9th Cir. R. 36–3.

knowing or involuntary and thus appeal waiver was enforceable).

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.